1 BENJAMIN B. WAGNER
United States Attorney
2 DAVID T. SHELLEDY
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California  95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:11-CV-00783-AWI-SKO |
|---|---|---|
| Plaintiff, | ) | **APPLICATION AND ORDER FOR PUBLICATION** |
| v. | ) | |
| 2007 FORD F-150 PICKUP TRUCK, LICENSE NUMBER 8X28407, VIN: 1FTPW12V67KA73125, | ) | |
| Defendant. | ) | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2.   Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3.   The defendant 2007 Ford F-150 Pickup Truck, License Number 8X28407, VIN: 1FTPW12V67KA73125 (hereafter "defendant vehicle") was seized at 25 Columbus Street in Bakersfield, California, and is in the custody of the U.S.

1  Marshals Service, Eastern District of California.  The Drug Enforcement
2  Administration  published notice of the non-judicial forfeiture of the defendant
3  vehicle on September 13, 20 and 27, 2010, in the *Wall Street Journal.*
4      4.    Plaintiff proposes that publication be made as follows:
5          a.    One publication;
6          b.    Thirty (30) consecutive days;
7          c.    On the official internet government forfeiture site
8      www.forfeiture.gov;
9          d.    The publication is to include the following:
10         (1)    The Court and case number of the action;
11         (2)    The date of the seizure/posting;
12         (3)    The identity and/or description of the property
13 seized/posted;
14         (4)    The name and address of the attorney for the Plaintiff;
15         (5)    A statement that claims of persons entitled to possession
16 or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the
17 Court and served on the attorney for the Plaintiff no later than 60 days after the
18 first day of publication on the official internet government forfeiture site; and
19         (6)    A statement that answers to the Complaint or a motion
20 under Rule 12 of the Federal Rules of Civil Procedure must be filed and served
21 within 21 days after the filing of the claims and, in the absence
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  thereof, default may be entered and condemnation ordered.

2  Dated: May 19, 2011                    BENJAMIN B. WAGNER
                                          United States Attorney

3

4                                          /s/ David T. Shelledy
                                          DAVID T. SHELLEDY
                                          Assistant United States Attorney
5

6
                                    **ORDER**
7

8
IT IS SO ORDERED.
9
**Dated:    May 23, 2011**                          /s/ Sheila K. Oberto
10                                         UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28