BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>2007 FORD F-150 PICKUP TRUCK,<br>LICENSE NUMBER 8X28407, VIN:<br>1FTPW12V67KA73125,<br><br>           Defendant. | 1:11-CV-00783-AWI-SKO<br><br>**DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment filed October 31, 2011. The Magistrate Judge has recommended that the United States' motion for default judgment be granted. The time for objecting to the Findings and Recommendations of the Magistrate Judge has passed and no timely objections have been filed. An Order Adopting the Magistrate Judge's Findings and Recommendations was filed on January 31, 2012. Based on the Magistrate Judge's Findings and Recommendations on Plaintiff's *Ex Parte* Application for Default Judgment, the Order Adopting the Magistrate Judge's Findings and Recommendations, and the files and records of the Court, it is

///

///

///

1   Default Judgment and Final Judgment of Forfeiture

ORDERED, ADJUDGED AND DECREED:

1. The Court adopts the Magistrate Judge's January 31, 2012, Findings and Recommendations in full.

2. Roy Strickland, Robin Strickland, and Adan Montalvo are held in default.

3. A judgment by default is hereby entered against any right, title, or interest in the defendant 2007 Ford F-150 Pickup Truck, License Number 8X28407, VIN: 1FTPW12V67KA73125 (hereafter "defendant vehicle") of Roy Strickland, Robin Strickland, Adan Montalvo, and all other potential claimants who have not filed claims in this action.

4. A final judgment is hereby entered forfeiting all right, title, and interest in the defendant vehicle to the United States of America, to be disposed of according to law, including all right, title, and interest of Roy Strickland, Robin Strickland, and Adan Montalvo.

5. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: February 8, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE